NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOSEPH SIMPSON,**
*Plaintiff-Appellant*

**v.**

**MCDONOUGH COUNTY POLICE DEPARTMENTS,**
*Defendant-Appellee*

---

2024-2239

---

Appeal from the United States District Court for the Central District of Illinois in No. 4:23-cv-04229-JES, Judge James E. Shadid.

---

Before PROST, BRYSON, and HUGHES, *Circuit Judges*.

PER CURIAM.

## O R D E R

Joseph Simpson filed an appeal from the district court's dismissal of his complaint alleging constitutional violations regarding criminal charges in state court. For district court appeals, this court generally only has jurisdiction over patent cases, *see* 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and Trademark Office, *see* § 1295(a)(4)(C); and cases involving certain damages claims against the United

2    SIMPSON v. MCDONOUGH COUNTY POLICE DEPARTMENTS

States "not exceeding $ 10,000 in amount," 28 U.S.C. § 1346(a)(2), *see* 28 U.S.C. §§ 1292(c)(1), 1295(a)(2).  Here, Mr. Simpson's case falls outside of the court's jurisdiction.[1] We conclude that transfer to the United States Court of Appeals for the Seventh Circuit is appropriate under the circumstances of this case.  28 U.S.C. § 1631.

Accordingly,

IT IS ORDERED THAT:

The appeal and all case filings are transferred to the United States Court of Appeals for the Seventh Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

October 13, 2024
Date

---

[1]    On September 17, 2024, the court issued an order directing the parties to show cause whether this case should be transferred or dismissed.  No party responded.